Lawrance A. Bohm (SBN: 208716)
lab@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Jack C. Brouwer (SBN: 353351)
jbrouwer@bohmlaw.com
Michael A. Clowney (SBN: 344179)
mclowney@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: (866) 920-1292
Facsimile:  (916) 927-2046
Email:      BLG001023@bohmlaw.com

Attorneys for Plaintiffs,
DARREN JONES and
KENDALL JONES

Anthony C. Oceguera, Esq.
aoceguera@ohaganmeyer.com
Mizeille Avina, Esq.
mavina@ohaganmeyer.com
**O'HAGAN MEYER**
1201 K Street, Suite 1960
Sacramento, California 95814

Attorneys for Defendant,
AGROPLASMA, INC., dba
FERTICELL

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN JONES and KENDALL JONES,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>AGROPLASMA, INC., dba FERTICELL and DOES 1 through 50, inclusive,<br><br>　　　Defendants. | Case No.: 2:25-CV-00109-DJC-JDP<br><br>**JOINT STIPULATION TO CONTINUE THE FACT DISCOVERY CUT-OFF DATE; ORDER**<br><br>Action Filed:　　November 12, 2024<br>Action Removed:　January 8, 2025<br>Trial Date:　　　　April 26, 2027 |

Plaintiffs Darren Jones and Kendall Jones ("Plaintiffs") and Defendant Agroplasma, Inc., dba Ferticell ("Defendant") (collectively, "The Parties") through their respective counsel of record hereby stipulate and agree as follows:

**WHEREAS**, on November 12, 2024, Plaintiffs filed their Complaint to initiate this action in San Joaquin County Superior Court, and Defendant removed Plaintiff's Complaint to this Court on January 8, 2025;

**WHEREAS**, on April 11, 2025, the Court issued its Scheduling Order;

**Joint Stipulation to Continue the Fact Discovery Cut-Off Date; Order**
*Jones v. AgroPlasma, Inc., dba Ferticell, et al.*　　　　　　　　Case No.: 2:25-CV-00109-DJC-JDP

**WHEREAS**, on May 14, 2025, the Court issued a Minute Order sustaining Plaintiffs' objection and Request for Modification of the Court's Scheduling Order, thereby setting the expert discovery deadlines to occur after the dispositive motion deadlines;

**WHEREAS**, on December 5, 2025, the Parties filed a Joint Mid Discovery Statement;

**WHEREAS**, the trial in this action is currently scheduled for April 26, 2027, and the Final Pretrial Conference is scheduled for February 25, 2027;

**WHEREAS**, the Parties have private Mediation scheduled for May 4, 2026,

**WHEREAS**, the Parties agreed to limit the scope of discovery, such as the amount of depositions Plaintiffs can take, in an effort to promote efficiency should the matter be resolved at Mediation;

**WHEREAS**, the Parties are continuing to diligently conduct discovery, including written discovery and depositions;

**WHEREAS**, a continuance of the Fact Discovery Cut-Off Date and accompanying Dispositive Motion-related Dates will allow the Parties to conduct additional necessary discovery should the Mediation fail;

**WHEREAS**, the Parties are making this request in good faith and not for purposes of delay;

**THEREFORE**, subject to Court approval, the Parties have stipulated and agreed to a continuance of the following trial-related dates:

1. Close of Fact Discovery is continued from April 24, 2026 to July 24, 2026;

2. Dispositive Motion Filing Cut-Off (except for motions for continuance or other emergency applications) is continued from July 17, 2026 to September 8, 2026;

3. All dispositive motions (except for motions for continuance or other emergency applications) that shall be noticed for hearing before this Court are continued from September 17, 2026, at 1:30pm, to October 29, 2026, at 1:30pm;

//

//

//

4. All other deadlines shall remain as reflected in this Court's Minute Order on May 14, 2025, including:

    a. All Initial Expert Disclosures and Reports – No later than December 18, 2026;

    b. All Rebuttal Expert Disclosures and Reports – No later than January 15, 2027;

    c. All Expert Discovery shall be completed – No later than February 19, 2027.

**IT IS SO STIPULATED**.

Date: March 20, 2026                By: _____

LAWRANCE A. BOHM, ESQ.
KELSEY K. CIARIMBOLI, ESQ.
JACK C. BROUWER, ESQ.
MICHAEL A. CLOWNEY, ESQ.

Attorneys for Plaintiff,
DARREN JONES AND
KENDALL JONES

Date: March 20, 2026                By: */s/ Anthony C. Oceguera*
ANTHONY C. OCEGUERA, ESQ.
MIZEILLE AVINE, ESQ.

Attorneys for Defendant,
AGROPLASMA, INC., dba FERTICELL

//
//
//
//
//
//
//
//

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

3

**Joint Stipulation to Continue the Fact Discovery Cut-Off Date; Order**
*Jones v. AgroPlasma, Inc., dba Ferticell, et al.*        Case No.: 2:25-CV-00109-DJC-JDP

**ORDER**

Based upon the above Stipulation of the Parties, and good cause appearing therefore, **IT IS HEREBY ORDERED:**

1.  The current Close of Fact Discovery date of April 24, 2026, is hereby continued to July 24, 2026.

2.  The current Dispositive Motions Filing Cut-Off date of July 17, 2026, is hereby continued to September 8, 2026.

3.  The current Dispositive Motion Hearing date of September 17, 2026, is hereby continued to October 22, 2026, at 1:30pm.

4.  All other Discovery Deadlines in this Court's May 14, 2025, Minute Order will remain the same.

**IT IS SO ORDERED**

Dated:  March 20, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

4

**Joint Stipulation to Continue the Fact Discovery Cut-Off Date; Order**
*Jones v. AgroPlasma, Inc., dba Ferticell, et al.*                    Case No.: 2:25-CV-00109-DJC-JDP